**No. 53167.**—J. D. Smith Inter-Ocean, Inc. *v.* United States, protest 145820–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issues and facts are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer.   In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as "manifested, not found," is subject to an allowance in duties. The protest was sustained to this extent.

MAY 18, 1949

**No. 53168.**—SUIT 4596.—Julius Wile Sons & Co., Inc. *v.* United States.—
—C. D. 1089 affirmed March 1, 1949.   C. A. D. 404.

BEFORE THE FIRST DIVISION, MAY 23, 1949

**No. 53169.**—Foo Jun Company et al. *v.* United States, protests 532572–G, etc. (Portland, Oreg., and San Francisco).

Opinion by COLE, J.   The protests were dismissed.

**No. 53170.**—Z. Inouye Co. et al. *v.* United States, protests 695301–G, etc. (San Francisco and Seattle).

Opinion by COLE, J.   The protests were dismissed.

**No. 53171.**—Tuck Shing Co. et al. *v.* United States, protests 825145–G, etc. (Seattle).

Opinion by COLE, J.   The protests were dismissed.

BEFORE THE SECOND DIVISION, MAY 23, 1949

**No. 53172.**—Chong Kee Jan & Co. et al. *v.* United States, protests 982053–G, etc.   (San Francisco).

Opinion by LAWRENCE, J.   The protests were dismissed.